THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION, a Washington Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SHELL LAKE STATE BANK, a Wisconsin corporation<br><br>    Defendant. | CASE NO. CV05-1435 RSM<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>*[Clerk's Action required]* |

**IT IS HEREBY STIPULATED**, by and between plaintiff Corbis Corporation and defendant Shell Lake State Bank, by and through their undersigned respective counsel of record, that plaintiff's claims against the defendant in this action be dismissed with prejudice and without costs or attorneys' fees to either party.

DATED: 12/12/2005

| | |
|---|---|
| LANE POWELL PC | BOARDMAN SUHR CURRY & FIELD LLP |
| By */s/ Dan J. Donlan*<br>  Dan J. Donlan, WSBA No. 25374 | By */s/ Joseph W. Byrne*<br>  Joseph W. Byrne<br>  Wisconsin State Bar No. 1029904 |
| Attorneys for Plaintiff<br>Corbis Corporation | Attorneys for Defendant<br>Shell Lake State Bank |

STIPULATED ORDER OF DISMISSAL - 1

Case No. CV05-1435 RSM
118232.0063/1241288.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

## ORDER

**THIS MATTER**, having come before the undersigned Judge upon the foregoing Stipulation of the parties, it is hereby **ORDERED** that plaintiff's claims in this action against defendant are hereby DISMISSED with prejudice and without costs or attorneys' fees to either party.

DATED this 20th day of December, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By_____
    Dan J. Donlan, WSBA No. 25374

Attorneys for Plaintiff
Corbis Corporation

Copy Received; Approved as to Form;
Notice of Presentation Waived:

SHELL LAKE STATE BANK

By  /s/ Joseph W. Byrne        12/12/2005
    Joseph W. Byrne
    ItsAttorney

STIPULATED ORDER OF DISMISSAL  - 2

Case No. CV05-1435 RSM
118232.0063/1241288.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000